FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 18  PM 12: 26

LORETTA G. WHYTE
     CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY PAGE #345030** | **CIVIL ACTION** |
| versus | **NO. 06-1577** |
| **BURL CAIN** | **SECTION: "N" (1)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on September 25, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Corey Page** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 18th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___
```